


FILED

FEB 0 6 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYRON CORDELL THOMAS,<br><br>Defendant. | Case No. **23 CR 0 4 1 JFH**<br><br>INDICTMENT<br>[18 U.S.C.<br>§§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm;<br>Forfeiture Allegation: 18 U.S.C.<br>§ 924(d) and 28 U.S.C. § 2461(c) –<br>Firearms Forfeiture] |

**THE GRAND JURY CHARGES:**

On or about December 05, 2022, in the Northern District of Oklahoma, the defendant, **BYRON CORDELL THOMAS**, knowing he had previously been convicted of at least one of the following crimes punishable by imprisonment for terms exceeding one year:

1. Aggravated Assault (Count One), Case No. 08CR1283, in the District Court of Sedgwick County, State of Kansas, on November 06, 2008;

2. Aggravated Assault (Count Two), Case No. 08CR1283, in the District Court of Sedgwick County, State of Kansas, on November 06, 2008;

3. Aggravated Assault, Case No. 08CR1256, in the District Court of Sedgwick County, State of Kansas, on November 06, 2008;

4. Possession of Controlled Substances (Cocaine), Case No. 10CR0807, in the District Court of Sedgwick County, State of Kansas, on August 05, 2010;

5. Criminal Possession of a Weapon by a Convicted Felon (Count One), Case No. 14CR1319, in the District Court of Sedgwick County, State of Kansas, on November 24, 2014;

6. Criminal Possession of a Weapon by a Convicted Felon (Count Two), Case

      No. 14CR1319, in the District Court of Sedgwick County, State of Kansas, on November 24, 2014;

7. Attempted Robbery (Count One), Case No. 15CR0271, in the District Court of Sedgwick County, State of Kansas, on March 09, 2016;

8. Attempted Robbery (Count Two), Case No. 15CR0271, in the District Court of Sedgwick County, State of Kansas, on March 09, 2016; and

9. Possession of Firearm AFCF, Case No. CF-2019-5866, in the District Court of Tulsa County, State of Oklahoma, on June 02, 2022,

knowingly possessed in and affecting interstate commerce the following firearm:

      A Ruger, Model EC9S, 9mm automatic pistol caliber, serial number 45855640.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **BYRON CORDELL THOMAS**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offense. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Ruger, Model EC9S, 9mm automatic pistol caliber, serial number 45855640;
2. Any ammunition or magazines not specified.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON  
United States Attorney

/s/ KENNETH ELMORE  
KENNETH ELMORE  
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson  
Grand Jury Foreperson