UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
------------------------------------------------------------X

UNITED STATES OF AMERICA,

  - against -                                              23-cr-41 (BMC)

BYRON CORDELL THOMAS,

                         Defendant.

------------------------------------------------------------X

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__         Not Guilty _____

## COUNT TWO
### (Witness Tampering by Corrupt Persuasion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__         Not Guilty _____

## COUNT THREE
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__         Not Guilty _____

## COUNT FOUR
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__         Not Guilty _____

## COUNT FIVE
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

## COUNT SIX
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

## COUNT SEVEN
### (Sex Trafficking by Force, Fraud, or Coercion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

## COUNT EIGHT
### (Witness Tampering by Corrupt Persuasion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

## COUNT NINE
### (Sex Trafficking by Force, Fraud, or Coercion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

Dated: Tulsa, Oklahoma

__8/3__, 2023

REDACTED

FOREPERSON