7477 e 48th st
Tulsa OK, 74145
Apt 6

RECEIVED
HON. Brian M. Cogan
JAN 09 2024

is the address I can be reached at outside of

David L moss

RECEIVED
HON. Brian M. Cogan
JAN 09 2024

Please Read
Dont turn a Blind Eye

#1

Judge Cogan:

Hello sir, My Name is Byron C. Thomas, I Dont Know IF you Remember me, But you did my Trial In Tulsa, ok back in Late July early August In which I was found guilty. I am writing you Judge because There are alot of illegal & unethical things going on here in the Judicial System in tulsa County Federal Courts as well as in The state System which is How I was indicted. Your Honor This Is the second time I've Tried writing you but I guess the First Letter was intercepted. I had been trying to get your address for a couple of weeks To write you, once I Found Things out & Also once I Finally realized How my attorney's & The Prosecutor Have been working together to gain a conviction. Im gonna start of with the Fact That there was thing's that was Kept out of the trial That you and the Jury didnt get to hear, due to my Attorney's Helping the Prosecution gain a Conviction. The Friday before my Trial Started (which was That monday) Me & my attorney's Had a Closed hearing inwhich they Wanted to withdraw from my Case. They we're made aware of a phone call from between me & my sister where we was playing & Laughing because my sister is Like that, trying to Keep my spirits up, when She see's Im having a hard time, But my Attorney's & The prosecution Listen's to my Call's all the time & Know my sister was my biggest support System & They also Knew one of the witnesses (Megan Nichols), My sister Knows her alot more Than I do, and they Knew megan would not have

#2

Done Majority of the "Lying" That she was "Knowingly" allowed to do by the Prosecutor. My sister made a remark being "Funny" After I told her my attorney wanted to tell the Jury I was a "pimp" I told my sister, I told my Attorney "Hell No dont do that", my sister started Laughing & said "OH Hell Naw I'll have to Kick her ass & be in there with you (Totally Harmless Joke) but my attorney's took it seriously & made it to where the Judge ordered my sister not in the Courtroom. Now Judge My sister is 40yrs old with 4 Kids, Takes Care of my Elderly grandma who Lives with her, & Also my Handicapped aunt who is basically disabled whom also Lives with her. Judge This was a "Gross" Thing to do Knowing my sister was Just playing & Has absolutely No reason to put her freedom on the Line to do anything to a woman she doesnt even Know or to give Her the Energy to get her out of Character (It was a blaintent Joke) but this was one of the many strategies my attorney's helped the prosecutor with. Another person that was a support for me, was my roommates inwhich The prosecutor subpoenad her to court Just to Keep her out of the Courtroom because again Listening to my Calls they Knew she Knew (megan) & another one of the witnesses (Christine "Chrissy" Zickefoose) & (Jennifer "Jenny" fortunelly) They "Knew" my room mate (whoe wasnt even on the witness List) Knew them all & also Knew Nobody would have said certain thing's that wasnt

#3

Look Mr. Elmore up on the internet
There's things you'll see another attorney leaked about him and the "SVU" office of Prosecutor & No That attorney sits in Jail on a multitude of charges. This town isn't Right at all

True that they said. I asked my attorney "isn't there something she could do because The Prosecutor is doing this Just to keep my support out of the Courtroom, with no intention to use Her (Dakota Mahle)? I was told by my attorney "No He can do it". Now Judge Im gonna tell you a Little about my Prosecutor you dont know. My Federal Prosecutor (Kenneth "Kenny" Elmore) was Also over my cases in State Court In the "SVU" unit. Since 2019 Mr. Elmore Has been allowed to, Bring felony Prosecution's against me on His own authority, Allowing Police to continuously harass me. The Tulsa Police Department Has been allowed to give misleading & False Reports That is "sworn" information "under oath". But they are getting with the prosecutor's, to get together "Fabricated" Affidavits to present to the court & present Evidence obtained illegally in violation of many of my constitutional Rights. In this present Case which is being further investigated In my state proceedings because these same officer's I'm speaking of gave these same misleading & false reports to the court & amongst other things was the cause of Mr. Elmore being able to have another shot at Prosecuting me (Causing my Illegal Indictment). The officers Coerced a witness from the Hotel I was arrested at to get on the witness stand in state court & Knowingly allowed her to give "False" testimony "under oath" As this witness Mrs. "Sue Ford" Raised Her Right hand & "Swore" to tell the truth "under Penalties of Perjury". Mrs. Ford testified That she rented me a

#4

she "Lied" Jennifer fortunelly name is on that Room not mines, officer's coerced this Lady Into Lying on me on Purpose.

Hotel Room In my Preliminary Hearing. She stated "she made copies of my I.D. I paid In Cash, She gave me 2 Room Key's for Room 1222 & when asked by my attorney would there be a Record of this on the "guest Registry" or "manif-estation", She stated "yes 100 percent sure". Judge this isnt the first time a witness has been coerced to give "false" testimony. In which the witness Refused to do so & another being Mrs. Nichols whom Prosecutor's tried to coerce before & she Refused to do what they wanted, Thus being the Reason for Her incarceration Later down the Line. She was given 10yrs on her "first offense" ever, nothing ever on her Record. Your Honor I've Had a Target on my back because officer's Violated my Constitutional Rights & I was also Assaulted by Tulsa Police. I was charged with a Number of "false" charges and also guns was pointed in my 2 & 4 yr old's faces. The case from March 2021 In which I'm speaking of was dismissed Due to it being an Illegal arrest & officer's on that case had already Had many "Brady / Giglio" Violations & was at that time under "investigation" as well for many Misconducts & corruption. This is a common thing being allowed Here in tulsa County. I Filed a civil action when I was Released June 2022 After spending almost 2 years in the county Jail on that case. Your Honor my attorney's was well aware of this & Even Knew that this Case is Due to "Malicious" & "Vindictive" Prosecution. I was Placed on Probation for a 10yr suspended sentence that

They stated Probable Cause [illegible] the office, so they said I was "Counter servicing"(?) "Lie" & because Previous investigations. These investigations was Bogus & Never amounted to anything & was Dismissed, so They Can't use that, I wasn't found guilty of none of that.

I took a plea for, I told my P.O. I wanted to transfer my case back to Kansas where I'm from because I had a "target" on my back because I was suing Tulsa police. I was told "I had to wait 6 months to be approved for Interstate Compact" in which didn't sound Right to me, I no longer wanted to be here because I knew the police & Prosecutor's was pissed off at me, (I was told so by many attorney's) who wasn't even my attorney's. I was arrested again Dec. 5 2022 (No Coincedence in this) The 6th month. Judge If you read the Reports of this Case, Detectives was investigating a whole different person but seen me & arrested me without even making contact with the person whom the investigation was for (Prostitution sting). A month prior to my arrest officer's did a prostitution Investigation on one (Christine Zickefoose) In the report's officers stated she told them she was an Independant worker. When told He officer Robert "Bob" David (undercover officer) would get a warrant to go through Her phone, In the same sentence He states He picked Her phone up off the table & the phone screen was "open to a conversation with me" where she was sending me "explicit pictures" commonly used for "Posting for Prostitution" (But No conversation about any Prostitution acts) This was Nov. 2022. The officer also stated He seen someone Drop mrs. Zickefoose off & He stated "That Looks like Byron Thomas" But He was not sure, Nor was the Vehicle pulled over by any other

*Without a warrant or Probable Cause*

*Without a warrant*

#6

I was not Driving Her Car, The Week I Dropped Her Off. This was a "Lie" by the Detective who has Committed Per Jury. out his own mouth from my Preliminary state Hearing To federal Trial.

Officer to See "Who" was driving this vehicle. This Same officer Stated He Knew my name because other officer's in the unit Had previous Investigations Of me where they stated "I was Victimizing females around The tulsa area", So He stated because of the Pictures He relayed what He had with the team & That's How they started "Investigations on me" Judge a girl sending me panty shots, Nude pictures Etc, Is not a Crime Nor is it any-type of probable cause to Violate my 1st, 4th & 14th amendment Constitutional Rights. These Investigation's The officer was speaking of was dismissed & was "bogus" from the start & that's why they was dismissed, so for this officer to give these reason's along with Pictures being sent to me is a very Biased, Malicious & Vindictive thing to Say, because I wasnt found guilty of None of the such & was no Longer Charged with any of that Due to officer's giving "false" & misleading Report's once again. This case is a blaintant illegal Arrest, Illegal Detainment, Malicious, Vindictive & Very Retaliatory & against my 4th & 14th amendment. Mr. Elmore while working in the stateside was Having affairs with his subordinates, one being Mrs. Ashley Nix whom Cried Rape on an individual That worked in the "IT" Department. She was having multiple affairs with detectives, Prosecutors & other Lawyers. She sent mr. Elmore messages stateing How Everything was her mess & she'd have to Clean it up because she had gotten Caught & Didnt want an HR Complaint

Still a Crime in Oklahoma (adultery) →

#7

So she made up the rape allegation, Luckily the person was acquitted (she didnt Even stay to hear the verdict) but his career & Name is tarnished Forever. Mr. Elmore's wife saw the messages along with mrs. Nix sending Naked pictures of herself along with "I hope the courthouse burns down for this issue I've created". I Dont understand How people are allowed to work in such a capacity as The "SVU" & be allowed to do so much, They themselves are victimizing people. Mr. Elmore was suspended in the State prosecutor's office for Numerous of Racial complaints for him Trying people Mostly of Different minority backgrounds and other complaints, soon after he returned He was promoted to "AUSA", Im Not understanding How this is. Mr. Elmore is Known to other attorney's as a "Dirty Prosecutor" His tactics are very unethical, Criminal & illegal. As you heard witnesses testify to them not wanting to be there testifying & Even stated (one) in particular "Mrs. Crystal Trevino" whom I hadnt spoken to since 2019-2020 sometime while I was in the tulsa county Jail on multiple of the charges that was dismissed. She stated she'd moved on with her life, which I had too. I was never charged ever for anything with her. I Dont Even know How, or why I was charged, she Never made any Report to any police about me, but in one of the Jail calls while on the phone with my brother, The call after the one that was heard where the Prosecutor was saying was an admition of guilt, she told my brother they'd already gotten to her and they threatened her with charges if she didnt coope-

#8

She's a Woman Scorned, Mad Because As she Put's It "I left her for the white B***h" She's not the person you all seen testify, I promise you that. "Look at her Record its longer than mine"

She Even testified about showing me Everything Bringing me into this world that was unknown to me. Who's victimizing who here, I'm confused?

rate. But of Course my attorney's Knew this but didnt use it because this was another Way they was protecting the agents & prosecutor from there many illegal & unethical acts being brought to light. Mrs. Trevino was another one who was allowed to give "false" Testimony Known by The prosecution. Im the one that Called it Quits with Her because she was Crazy. I ghosted her when she Went to do a 3day Commitment because she was a rough-neck & to violent. "The Lady yall seen in Court, is the docile person I met, until the "Honeymoon" was over & I Started Seeing who she really was. One thing Judge the Prosecutor's & agents DiD was used Threats & Coercion to make these people Come to Court that DiDnt want to participate in anything that was going on. They used any Dirt they could find as well as manipulated, using the Process of the Law to Cause "Duress" to make these people (except 1) Do things against there will, "In which Nobody ever said I DiD any such thing". "Trevino" Kept Calling me on Video call While I was in the County Jail after I'd left her. She got incontact with me in 2020 Via Video "Jail" Call. I told my attorneys of this, to get the Calls because she lied & said I approached her in a night Club in 2020 & thats When we had Contact again. That's a lie & she Knew it She was calling me on the Jail Calls. You listened to

Then approached her while she was at Court straightening up her stuff. They threatened her there

How she explained "she didnt want to be there". You also Heard Mrs. Zickefoose speak about the same thing but Saying she was "only there because she didnt want to

My Sister & Brother in Law even Have the Threatening messages #9 the agent was sending Trevino when she was still trying to give excuses why she Couldn't & Didn't want to Come. She sent them to my sister my sister sent them to my attorney's. Still Didn't show it. To protect the Government once again

go to Jail "obviously being threatened", but also when asked was she Threatened or made a promise in exchange for her testimony "She Lied & said No" she was granted immunity which is a "promise", Not to prosecute if you incriminate your-self in any statement given because they Knew She didnt wish to Cooperate. Mrs. Nichols same thing DHS was work-ing with the government to make threats regarding my Kids using them as ponds in there scheme of illegal & unethical acts. They also Coerced (Megan Nichols) into saying alot of things that was very "untrue", such as speaking on the case that was dismissed that wasnt even supposed to have been brought up from what my attorney's & prosecutors Had worked out because No Talk of the civil action was to Come out, although while Visiting with attorney's at the Jail we was in agreeance it would, all of a sudden things changed at trial. The case where megan stated she Voluntarily lead officers to the House, Prosecutor's "Fabricated" all of that its in many of the Jail Calls from 2021 to 2022 between me & Mrs. Nichols, of what Really happened. Also mrs. fortunelly Same Thing. She Had gotten incontact with me Via "Video" Call at the Jail in Early may wanting to Know if I Still talked to "Crissy" (Christine Zickefoose) because she wanted to start back making so "money" I told Her "No" it wasnt a good Idea & I hadnt heard from "Crissy" she proceeded to ask me & try to persuade me to help her out inwhich I did not. Later that night she Called a Lady friend of mine I had been Keeping contact with while I've

#10

been in Jail to tell her She had gotten caught up. This was at approx 2:00 to 3:00 Am. The next morning I called my Lady friend (Fatima Bandele) She told me "Hey that girl Jenny was blowing me up last night & wants me to Call her when you Call, So Fatima Called her back & Jennifer "Jenny" Fortunelly explained How she'd been Caught in a Prostitution Sting & Stated "Man they Dont Care about anythingelse" "They want you bad". She said she asked the officer's IF She was being arrested, they told Her "NO" "We dont Care what your doing its your Life" But We want to Know is Byron Thomas your Pimp? Do you work for him? Do you Pay Him money? She said she told them "No" He's my Daughters uncle. She said the officer's then told her "We Know your lying, So since you wanna lie How about this" "We Know all about your little border incident & we Know you wasnt Charged, IF you dont tell us what we want to Know we will make sure you get "Indicted" on those Charges". Mrs. Fortunelly was Caught by border Patrol while I was Locked up in 2021, I Dont Know what for but officer's used this, Knowing this would Cause Duress & make Her feel asif she had no Choice but to say things they wanted her to say. She to was asked IF she had been Threatened or made any promises in exchange for her Testimony she Stated Hesitantly "No". Judge you Could tell a person "the sky is Purple & Red" They would agree with what you say when Caused "duress" from Threats when told we guaran-

you wont be charged for anything. My attorney's was well aware of all the unethical, illegal Threats & Tactics by the Government & The agents. I Have several witnesses whom Knows & was present at the time Christine Zickefoose was being bullied & Threatened by agent's & Prosecutor "Kenneth Elmore". They approached Her Numerouse of times (about 10) To be exact Harassing Her, Continuously Intimidating her Knowing that the pressure & Duress would Cause her to Breakdown, Relapse & Hit Rock bottom, Having total Disregaurd for Her wellbeing. There are over 50 calls where She's stating How they was manipulating Her & Threatening Her & This was Right after She testified at the grand Jury She told me They was Telling her about me talking to another girl on my Jail Calls & How The other woman was Stating nobody is going to be around if She's not the main Chick & I was agreeing & That I was Just using "Crissy". This is all "Witness Tampering by Corrupt Persuasion" They are deliberately Putting things in her head to make her do things & say things to get back at me. When I told my attorney's of this all she said was "They Can do it", ~~I'm not Stupid~~. This was illegal & Not Right.

Thing about all This my attorney's Knew Everything, They allowed Mr. Elmore While Questioning witnesses to Load Them with Slow "Head Nods" Both "Yes & No" Everytime He asked Certain Questions. I made my attorney's aware of this & they didnt Care. My trial was totally one sided. Although it seemed as though my attorney's was

#12

Representing me, They wasnt. I had several witnesses that wanted to testify & I provided them with number's, Names Etc. so they could Call & interview Them. I also asked the attorney's to get & use Video Calls & Phone calls to provide to help with my defense, they said they would but when I asked If they got things closer to trial they stated its "Hearsay" To use Video & Phone Calls. That's Total BS There using these same Calls against me. A Couple Particular Calls I wanted used was to Show How Vindictive & mad my Kids mother (Megan Nichols) was being while I was out on the streets after She went to prison. I had told her I No Longer wanted to be with her, but I would continue to take care of Her 2 Kids that wasnt mines along with my son we Have together. She was mad in numerous of Phone calls because I Told her I dont wanna be with Her & I wouldnt tell her I Love Her. She proc-eeded to call me names & Tell me How, "in a malicious way" "so you not gone be with me" I asked Her why she was asking like that, Like she was Threatening me & she told me "So I Know what I need to do next" I told her I didnt Care about her Idle threats; she told me "well I've been Talking to the DA (Alison nuff) & Detectives you better spend as much time out there with your son that you Can. Amongst alot of other threats & stuff This was all on Jail Calls from her being in prison. One thing Judge I do not get physical with anybody

Those 2 Boys call me Dad not there father. because He's wasn't around. I took care of them boy's & I messed up with my own oldest son. Think how he feels to see that.

Mr. Elmore Allowed Mrs. Trevino To lie about me beating on her, That stuff was not true. I told my attorney's She was lying, she was never pregnant, all they Had to do Was get Her Booking medical Records From Sedgwick County Jail, in Wichita, KS to see she was lying, I never beat no baby out of her. When Megan was asked did I ever get Physical with her she stated yes. and this time I DiD your Honor. I'D Come Home from being in Jail for 17 months almost 2 yrs. We was engaged to get married I Was Happy to be back with my family. After a couple of days I had found out from the Hospital I had 2 std's Mrs. Nichols & I was in the car when they called back to tell me I tested positive for 2 std's, Judge one could only imagine my reaction, I Felt betrayed, Nasty, My Family Treated her & Her 2 Kids as Family, with nothing but Love, I took megan & Her 2 boys away from a whole Bad situation & made it better, I moved them away from Her abusive Kids father & Not having Nothing, to them not wanting for anything, ontop of that once she went to Jail I found out about 5 different guys she was dealing with & wasnt protecting herself. When I met megan, she told yall herself she didnt want anything serious & I Respected that & excepted her for who she was. I moved Her & the Kids here to tulsa. She didnt want or Like to work so I told her ok well there's strip Clubs here & she was cool with it but didnt like the slow money she was making & wanted to con-

#14

tinue being a prostitute, I fell inlove with her & Like I said excepted Her. When she got pregnant with my son We both agreed she would stop & I would Just take care of everything. The prosecutor Coerced her to Lie & say she needed to keep working to get a place (We already Had our own apartment). See when The prosecutor told the Jury I hit her because she wouldnt do what I said that was all a Lie & The prosecutor & agents Knew all this, (They Listened to all my Jail calls). The agents and prosecutor's Continually went to interview megan at Mabbel Bassett womens facility & was Relaying things to her, me & Crissy would be discussing on Jail calls that megan didnt know about. This is more unethical, illegal acts by the government. My roomate & I was on a Jail call & she told me How megan had told Her "F**K Me I'm getting Everything I got Coming to me" & said "Can you believe He was having sex with Crissy while I was next door". Your Honor, Nobody knew about this but me & "Crissy" so there's no way megan Could have or should have known that, (this was after I got cured from the std's). Also there was alot of other things said that only me & Crissy knew of. The government yet again, known by my attorney's was, engaging in "Criminal acts" by "Witness Tampering by Corrupt persuasion", Putting thoughts & Different things in megan's Head to get Her to knowingly Change her story from what it's been to "Lie" on me.

#15

Your Honor, There is alot of things that my attorney's traded with the prosecutor to keep out of my Trial from you & The Jury Hearing on purpose. My attorney's only came to see me at the Jail whenever there was a New indictment. 1 time they brought over my Full discovery, 1 time they brought over grand Jury testimonies. We never talked about strategy, They told me they would get the Calls from Megan being in prison but closer to trial told me they wasnt. When I told them that can help me they stated "its to Late" And we dont know what's on them. My sister had Video's, messages, Pictures Etc. She sent investigator (Dallas) all this for Evidence inwhich He sent her a text back & stated "got it" but when I asked them to present the stuff at trial my sister sent, they said "she never sent anything". I told my sister about this & she had "proof", They Lied to me. My sister also when interviewed by them told them she was there for whatever they needed her for & that she knows about everything, my sister (Latoya Thomas) obviously knew to much that would discredit Mrs. Nichols so my attorney's gave negative feedback trying to discourage my sister to not testify & told me she didnt want to because she knew to much & didnt want to take a chance at the prosecutor charging her, I knew Right away that didnt sound Right. I spoke to my sister about this & she told me "Thats a Lie" I told them I was here for whatever they need & she said they

#16

told her alot of the testimony & Evidence was for Character for megan & wouldnt Help. Also she stated one of the attorney's (Chance cammack) was asking her things as if she was lying & He didnt believe Her. I Dont understand, IF this is about me & proving my innocence why are they trying there Hardest to lie & discourage people in my defense. Another person, My Daughter's Mom Who wanted to testify & Also Had things to offer Told me Right away "Byron They are not Fighting or working For you" she said Everything she tried to say and offer they came back at Her with negative Feedback & she Even Felt they was trying to have her persuade me to take a deal. I've been off & on with her since 2019. Me & Her, We fight, we say things we dont mean sometimes to eachother, but she has been around for everything & Knows all & she is not gonna Sugar Coat anything Nor is she gonna Lie for me, She is very Honest & Genuine (Kendra caddy) She Knows this isnt Right. Judge there are alot of officers here being allowed to "Lie" under oath give "False", "Fabricated" Reports to present to the Courts & My attorney's Knows of all the things that's going on & been going on pertaining to me. I found out my attorney waived my Right to a Preliminary Hearing which I did not agree to, she Told me it was a "Detention Hearing" to see if I get out on Bond, Had I Knew it was a Prelim I would have ask For it, I went to an arraingment Hearing & I Heard other inmates being set for prelims & asked her

#17

again (because she had told me also, you dont get prelims If your already in Custody in federal Court) so I asked well How are these guys getting Preliminary Hearings, she stated "we would talk about it Later." Also when meeting at the Jail I asked Her to file motion's for Brady/giglio on the officer's on my Case. She stated she did & none was on there, well I've found out by my New Standby Counsel She Lied to me, That motion isnt on Record Nor Has it Ever been (another Blaintent show of Covering for the officer's & Government). There was a Hearing involving my Discovery inwhich Mr. Elmore "Lied" giving Reason's that can be proven & should have been but again my attorney working With him didnt want to Show Proof. There was a hearing where a Protection order was placed on my discovey, His arguments was "Lies" & she failed to respond to the Judge with Just that "we Have Proof He's Lieing" (we did) I was also Charged with witness tampering after Mr. Elmore again "Lied" to the Grand Jury to get that extra indictment & again I have proof & it was not brought to the Light by my attorney as she Knew as well. My attorney's Purposely Didnt Cross-examine witnesses to bring out all the unethica, illegal, Criminal & Just "Low" acts by the Government. They Knew of one witness in particular (Keona douglas) who Judge I've Never been mischaracterized by a person in my Life Like that. The things this young Lady was allowed to give "False" Testimony & say, which Prosecutor's Knew was gonna be "False" is so Horrible & Defenitley not me & my attorney's

#18

I would never In Life Drug anybody that was Just "Low" & not Right for her to say

Cant you order these people to take Lie Detector test?

Knew Her whole 2021 interview was totally different from her 2023 interview, They Had evidence to prove it & even was supposed to show it in trial, but yet again didnt to help the government get a conviction. The Evidence my sister had to give showed Mrs. Douglas with Her phone She said she never had, (in multiple video's) showed her Dancing in the car while taking Video's herself & pictures with her own phone. Your Honor That case was Filed on me & Mrs. Nichols June 2020, I Never Had Communications with (Keona Douglas) Nor Did I Know her. Megan spoke with her Via Facebook, Keona contacted her after seeing a Video "I" posted of megan at working dancing. I Didnt Know the extent of there relationship until after we went to Jail & I found out they'd had a falling out over a guy they both had been dating (Nate) at the time Keona was "16" This was 2 years prior to me meeting megan (she was 19). IF you read the reports from this case Judge you will see Keona told Law enforcement when she made this False report, How She stated she'd been kidnapped & she kept track of megan through facebook after there falling out & that megan was trying to steal her boyfriend & make him a "Pimp". My attorney (Sarah McManes) wanted me to lie and act like I was the boy friend. She stated "It wouldnt Look bad if we pretended she's speaking of you. I told her "absolutely Not". In this case also Mrs. Douglas was Interviewed by 4 different officers (The Last a female) Who stated she was being dishonest. I Dont understand

You cant kidnap someone who sends a address to come get them From ⟶

#19

For 2 whole years, your holding that big a grudge

Why Keep track of someone on fb that you dont even get along with (stalking) That whole case was Her getting back at megan for whatever Reason about that guy because I Didnt even have so much as a Text message to this girl. From the time we picked her up in topeka, Ks where she sent 2 addresses to pick her up & we met Her mom. before we could get to the "Stopsign" on her moms street, Keona was trying to Kiss me & Megan & Even told megan to get in the backseat with her. My attorney's Knew all of this, Keona "lied" about us Freaking Breaking her in Having sex (That is total Bull). I Never Drugged her, I was against anybody doing drugs period, Crystal DiD The pills because she gave excuses for needing them & I was High myself so I Didnt feel like fighting with her. Judge the things This girl Keona stated was total Bull! The whole thing with the gun (Never Happened all fabricated by the Prosecutor's) That stuff Never Happened. I Dont Know why a person Could be allowed to Ruin someone's Life because there mad at someonelse or IDK the world. I Dont Know why Keona would do me Like that I never did anything to her, I wasnt the one she was after but Caught in the Line of fire. Judge The government Kept all of megan's & Keona's Facebook messages, Text messages Everything out the discovery, It's Nowhere to be found. There was a officer (Skaggs) who testified When He showed up at the Hotel Room I was Controling Everything (Megan & Keona was getting ready for

And now something is mentally wrong with her or something b/c She Didn't act How she acted in court around us, she was weird.

#20

work That's why I answered the Door.) Officer Skaggs "Lied" and stated Keona seemed scared when He made Contact at the Door with Her, In His report's & Im reading them "now" As Im writing you. He stated He asked Mrs. Douglas was she alright, she stated "Yeah Im fine" He stated you want to Come out & speak with me, Mrs. Douglas Responded "No, I dont talk to cops" I then told the officer ok Everything good now, He asked me to Come out & speak with him, I stated "No, I Dont talk to Cops Either" He then asked why are you guys being so Hostile, I told Him because you guys are at my Door & making it look like we Have something going on & It Dont look Right. I then told Keona, hey call your mom so they Can Leave, we had Just spoken to her mom because her uncle "supposedly" died in topeka & I was asking her if she wanted to go back home? she stated "No" several times. I Know How death can be, so I know people need family. She Did not want me to take her home. Judge I swear to you My Trial was all set up by my attorney's & The Prosecution. I have 7 Daughters 5 sisters, 4 aunts, both grandmother's, Mom & Stepmom, 4 Nieces and 2 Handfuls of girl Cousin's. I have way to much Respect & Love for females & to many in my Life whom I Love Dearly, To do any of what this girl Testified and stated. This is not Right. Judge Mr. Elmore was not able to succeed in state Court trying me on these Cases, Not because anyone is scared of me or because

I forced them to lie or not come. Nobody simply wanted to Cooperate because, "This is Not Human Trafficking" There are plenty of prostitutes that take a Liking to a man & vise versa, so Is the woman gonna stop doing what she's doing when she meets a man "No" Everybody is aware of the role they played. When you have to force someone against there will to do something That person is Committing a Crime, When you have to Lie, Manipulate & Coerce, That is the person Committing the Crime. When you have federal agent's sitting outside peoples Families Houses waiting on them because they dont want to Cooperate, They are committing Crimes. Mr. Elmore has been given Power to Abuse, Not use for Justice of the Law but to use for his own personal gain. He is being able to weaponize Homeland Security agents & FBI agents against U.S. Citizens & Doing so violating these same Citizens Constitutional Rights in the process. They are giving "Fabricated", Bogus, Illegal, False & Misleading Reports to the Courts & they are acting Illegally, unethically & Criminally in doing so. This Case was illegally obtained & prosecuted with illegally obtained Evidence, violating my 4 Amendment Right. My Attorney's blaintantly didnt use any Evidence I had to offer, didnt Investigate Evidence I had to offer, used DisHonesty, deciet & a total disregard for Representation of me. Your Honor When you would Call a Recess or we'd Come back for Lunch, my attorney's would huddle up amongst each-

#22

other, Turning there backs to me or going to the hallway to meet or even sheilding there mouths where I Couldnt see or Hear what's going on. Thus making me feel ostrasized & Left out when this is about me. Mrs. McManes was supposed to Call a prosecutor that was on me & megan Nichols case in 2020. (Her & Mr. Elmore) she was going to do this because, The Prosecutor's had Put in a (footnote) on one of the Legal Paper's filed (Megan Nichols) was Not believed to be a victim by Prosecutor's but a Prostitute & coconspirator & Panderer, but she was at my trial as a victim, but only Cause The government Coerced, manipulated & Tampered with the Witness Corruptly persuading her to Change her testimony (putting things in her head from what they Heard me & Crissy & other people discussing, to make Her vindictive towards me more). Your Honor, these are not Just appeal issues & this was all done deliberately to get me out the way so my Civil action didnt Succeed & because cases was dismissed. Your honor my 2yr old son who's innocent in all this, was taken & Put into State's Custody because of the "False" "misleading" & untruthful information given by the same agents and officer's that was allowed to testify. In the Report's given The officer's stated in Regarding Placement options for my kid I stated "Fuck the Kids I'm not saying shit" That was the Report by officers given to the State "DHS/CPS worker" in another Report

#23

It states when asked Regarding placement for my son or He would go to "DHS" Custody I stated "I Dont Care Im not Saying shit" Those was all "Lies". There are Several State "DHS/CPS" workers including supervisors Who watched bodycam's & All said the same thing "Those Remarks was never made" but one thing they Did keep hearing me say is, "call my sister she can come get my son" Call my sister. You can hear on the bodycam the officer telling me, "This isnt gonna go well for your son we're gonna have DHS/CPS come get Him" What a "Low" Malicious, vindictive & Dirty thing to do & say. My son is a innocent Toddler, Its one thing they are able to doe whatever with me & get away with it but when is it enough? My son Cant tell nobody if He's being mistreated, abused, Molested nothing. All this because they are mad Cases got dismissed. Its Not Right what's being allowed to go on down Here. These people are Violating peoples Rights & sweeping things that are wrong under the Rug. Public Defenders & some "Private attorney's" are working with Prosecutor's, not all are but alot are The one's that are Really trying to represent there Clients Know whats going on & are to afraid to speak up or Just dont care. Judges are Denying Motions Left & Right, (Motions that are Law & states what the Law states) but they are not getting Reviewed Such as mines or the Judge (Heil) would have seen IF He Reviewed the motion to suppress that the Pro-

#24

secutor Didnt Even Respond to the motion correctly himself & He gave misinformation in the response. He also stated the Hotel's being the same one I was arrested at Dec 5 2022 as the same one Christine Zickefoose was given a citation for prostitution a month prior in Nov. 2022. This all Just shows, people are being passed through the system without proper Investigation, Proper Legal Representation & being guilty until years Later when they've been sent to prison & have to plead there innocence. This is not Right & is injustice to the Core. Since Trial I've talked to 3 of the 5 witnesses that has pleaded with me that, thats not How things was supposed to go, They was Lied to, Forced to say Certain things as well as Couldnt say Certain stuff Like the fact that they felt threatened or forced to be at Court testifying. Til this day they are still afraid of the Threats by the government & wants to make things Right because along with there sister, mom, & family they know what went on & what's going on isnt Right but are afraid of the many threats by the Prosecutor Mr. Elmore & His weaponized agents. When you are literally already having to go out your way & Chase people down & make Threats & Promises for a Case Like this. And It's still totally clear they Dont want nothing to do with what your making them Do. How Can this be allowed? How Can these people be allowed to have there Jobs, To not be Considered Criminals?

I have mad copies So Just in Case IF you get multiples, I had 2 different People Send them to you

#25

Just because They have a "badge" & a "Title" Dont mean they can break the Law, Ruin peoples Lives, Take family out the home, violate Citizens Rights, Assault you & Retaliate because you doing something about it the Legal way. Kill people without a weapon, Beat you while your in handcuffs, Pull you over because of your Race, Profile you because what you Drive, search your car without a warrant, arrest you without probable Cause & a warrant but then make up "false" reports to make things stick. I was almost Killed infront of my 2Yr old son Dec.5, 2022 when I was arrested, all because of the Hate in an officer thats able to make things up. I never had a gun, but yet a gun was found, The officer stated in my State Preliminary Hearing When asked by my attorney. You was gonna shoot my client, The officer stated "Yes" my attorney asked "On What Grounds" the officer stated because of the nature of a pandering investigation, Mr. Thomas Criminal History & He made a fettive movement to His waistband. My attorney asked. DiD you see a gun? officer stated "No" DiD you see a metal object or any metal on my Client?" "NO" I Couldnt see, He was facing away from me. He Head Just said I made a furtive movement to my waistband with my Left hand infront of Him. This was out his own Mouth. My attorney asked DiD you Ever see my client with a gun? He said "No" DiD you Hear a Clank from

#26

Something Hitting the ground or any noise Like it was thrown?" "No" So Where The gun Come From your Honor? How was He gonna Just shoot me? This is the type of stuff going on in Tulsa Oklahoma. Judge Please Can you Read over my Case please. There is alot of Stuff you will see that Im being truthful about, alot of Constitutional Violations, alot of "Lies" "false" RePorts. Sworn Affidavitts by Police "under" "oath" Committing PerJury & it's Know & the Judges are turning a blind eye to it. I've been trying to write you because this system needs to despecately be investigated. The marshals & The agents Hear me talking on my phone about this system needing to be investigated by outside Jurisdictions because They are constantly RailRoading people here. I was speaking to my family & my Paralegal I've hired out of Kansas where Im from about trying to contact you "Via Mail". it took me 2 weeks to get your address. My Niece Finally was able to get your address from your secretary on Nov. 9th at approx: 5pm I Called my Niece & was given your address I told her I would be sending a Copy of the Letter Im writing you to Her moms (my sister) Just incase the facility or someone intercepted it. When I tried to get back on the phone to Call my sister that same day approx: 30 to 45 minutes Later ~~to~~ Let Her Know I would be sending Her a Copy of the Letter my phone was Cut off. I asked the Officers b/c

Deputy Marshal (Josey Pusey) approved by (Major Bryant) who stopped all my communication 11/9/23 #27

Im in Seg, been Here involuntarily since March. I asked why my phone was off. I was told by Deputy sheriff Smith "The marshals Just sent over a memo about 20 minutes ago, that you are to have "No Phone" "No mail" (incoming & outgoing) & "No Kiosk" (Video visits) I asked why? They couldnt & DiD not give me an answer Just said Everything is to be Restricted for a week & Then will be Reviewed. I hadnt gotten any disciplinary action, No write ups Nothing. This was a blaintant "Denial of access to the courts", "Violation of my Due Process of Law", Just straight Done to try and hinder or stop me from speaking up & causing attention. I Know why it was Done & so Do they because its no coincedence when I get your address they Just stop everything, so that there Your Honor Shows you there's something to hide here. I filed a grievance on the 14th and have Still Yet to hear anything, still no answer's why, still after that week was up still didnt turn things back on. It took a "DHS" state worker coming up here for a monthly visit for them to get things right because they knew I was gonna let him know what was going on (as I DiD). Judge Im not dumb & Im not about to let these people violate me as they are continuously trying to Do. I Dont Know If they've tried to use that time to reach out to you first or what. but I Dont care that was all Done for a reason & Like I been saying, They Dont even care

I had to send this to my sister to send to you because they are taking my mail at the Jail if There's any letter's to you. This is the second one.

#28

about violating peoples Rights Here to get what they want Done. This is a blaintant show of this system being corrupt. There's a guy named Terryl Brooks #1272586. He's been Here almost 2 yrs. when He was booked in He stayed in the Jail "Detained illegally" For 7 Days without any Charges, without being brought infront of a Judge for arraingment, video Court, bond hearing. (Nothing) He's still here. He was arrested without a warrant on April 4th 2022 & brought up on charges April 11th 2022 After the 48hr requisite by Oklahoma's statues & Law's. Why is He still here? This is what they are doing to people & the Judges are Turning a blind eye to everything. Judge I know Im asking alot but this is my Life & I have toddlers who need me in there Life as well as my older Kids & My Family. Can you please not Turn a blind eye to this matter & Please Investigate my case more & This System. I Have written my state Judge In which I've explained the same issues, she has not bound me over for Trial because she's going to allow my New attorney's to go over everything & Do what wasn't done properly. In my Federal Case I am now "Pro Se" but I shouldn't be in Jail Right now at all. There's alot happening here thats not Right Please Help with these issues Please!!

Respectfully

Byron Thomas
#1259057

TCSO David L. Moss
300 N. Denver Ave
Tulsa, OK 74103