

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| BYRON CORDELL THOMAS, | ) Case No.: 4:23-cr-00041-BMC-1 |
| Defendant. | ) Judge Brian M. Cogan ) ) |
| Plaintiff | ) ) ) |

**FILED**
JUL 0 8 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## OBJECTION TO PRESENTENCE INVESTIGATION REPORT

Exhibit 1: Video

Respectfully submitted,

s/Christopher Maxwell Deane
Christopher Maxwell Deane, OBA #33383
**DEANE & PANAGOPOULOS LAW PLLC**
6226 E 101st St, Ste. 100
Tulsa, OK 74137
Telephone: (918) 796-5729
Facsimile: (918) 796-5723
max@dpoklaw.com
*Attorney for Defendant Byron Thomas*

1

# ITEM NOT IMAGED

☐ CD/DVD
☐ VHS TAPE
☒ OTHER: _flash drive_

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

