**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-041-JFH |
| BYRON CORDELL THOMAS, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court is a motion for judgment or acquittal, or, in the alternative, a motion for new trial [Dkt. No. 145] and a motion for arrest of judgment [Dkt. No. 146] (together, the "Motions") filed by Defendant Byron Cordell Thomas ("Defendant").

The Motions are drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motions. *See* Dkt. No. 138 (Christopher Maxwell Deane appointed as Defendant's counsel); Dkt. No. 144 (denying Defendant's motion to proceed pro se). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion for judgment or acquittal, or, in the alternative, a motion for new trial [Dkt. No. 145] and a motion for arrest of judgment [Dkt. No. 146] are DENIED WITHOUT PREJUDICE.

Dated this 9th day of July 2024.

                                            JOHN F. HEIL, III
                                            UNITED STATES DISTRICT JUDGE