UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                   :
:
:  23-cr-41 (BMC)
- against -                                                 :
:
:
BYRON CORDELL THOMAS,                                       :
:
Defendant.                                :
:
------------------------------------------------------------X

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__          Not Guilty _____

## COUNT TWO
### (Witness Tampering by Corrupt Persuasion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__          Not Guilty _____

## COUNT THREE
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__          Not Guilty _____

## COUNT FOUR
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__          Not Guilty _____

### COUNT FIVE
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

### COUNT SIX
### (Transportation for Prostitution)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

### COUNT SEVEN
### (Sex Trafficking by Force, Fraud, or Coercion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

### COUNT EIGHT
### (Witness Tampering by Corrupt Persuasion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

### COUNT NINE
### (Sex Trafficking by Force, Fraud, or Coercion)

How do you find the defendant Byron Cordell Thomas?

Guilty __✓__    Not Guilty _____

Dated: Tulsa, Oklahoma

__8/3__, 2023

**REDACTED**

FOREPERSON ✓

2