**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,  Plaintiff, <br> vs. <br><br> Byron Cordell Thomas,  Defendant(s). | Case No.: 23-CR-041-JFH <br> Date: 11/1/2024 <br> Court Time: 10:20 to 12:05 <br><br> **MINUTE SHEET - SENTENCING** |

John F. Heil III, Chief U.S. District Judge    P. Lynn, Deputy Clerk    Laura Griffin, Reporter
Counsel for Plaintiff: Kenneth Elmore, Shakema Onias    Counsel for Defendant: Max Deane
Probation Officer: Logan Harrison

- ☒ Defendant appears in person with counsel    ☐ Counsel waived    ☒ Evidentiary
- ☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:    ☐ Pltf    ☒ Deft;    ☐ No Objs;    ☒ Court adopts/accepts
- ☒ 18:3553 Findings re: PSI/Sentence made;
- ☒ Sentence re: Guideline   ☒ Findings made;   ☐ Departure:   ☐ Variance:   ☐ Upward   ☐ Downward
- ☐ Victim present and heard;   ☐ Victim present   ☒ Victim not present
- ☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
- ☒ Motion [Dkt. 152 ]:    ☐ Granted   ☒ Denied   ☐ Granted/Denied in part   ☐ Moot

**SENTENCE:** As to Count(s) 1-3,5,7-11    of the 4th Superseding Information :
- ☒ Bureau of Prison for a term of    Ct 1 – 180 mos, Ct 2, 10: 240 mos, Ct 3,5,7,8 – 120 mos, Ct 9,11 – 360 mos – all concurrent
- ☒ Supervised Release for term of    Ct 1, 2, 10 – 3 years; Ct 3, 5, 7, 8, 9, 11 – 15 years concurrent
- ☒ Special Monetary Assessment    $ 100 each count    ☒ Due Immediately

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

- ☒ Firearm, Ammunition, et al Restriction        ☐ Gambling;    ☐ to include treatment
- ☒ DNA Sample                                    ☐ Home Detention Condition -    months*
- ☒ Controlled Substances Restriction             ☐ Immigration
- ☒ Drug Testing    ☐ Drug Testing Suspended     ☒ Mental health    ☐ to include treatment
- ☐ Alcohol Abstinence                            ☒ No contact with Victim
- ☐ Community Confinement -    months           ☒ Sex Offender - Paragraphs    1-3,5,7
- ☐ Computer Restriction                          ☒ Substance Abuse Treatment & Testing
- ☐ Curfew -    months*                           ☒ Workforce Development

- ☒ Defendant advised of right to appeal    Court recommends to BOP:
- ☐ Appeal affidavit required
  - ☐ Designate a facility located in or near:
  - ☒ Residential Drug Abuse Treatment    ☒ Mental/Medical Evaluation
  - ☒ Most comprehensive substance abuse treatment available
  - ☒ Other: CareerStarter

- ☒ Remaining counts ordered dismissed:    All remaining counts
- ☒ Defendant remanded to custody of U.S. Marshal