




linked_media/unified_message_672489584267831.gif

10/24/2022 6:08:

Source Info:
1274546276448145.zip/preservation-1.html : 0x0 (Size: 4508249 bytes)
1274546276448145.zip/linked_media/unified_message_6724895842678
2077391 bytes)

**From: 100083201713058 Crissyy Mo Moneyy (owner)**

**Look at my gun**

10/24/2022 6:43:

Source Info:
1274546276448145.zip/preservation-1.html : 0x0 (Size: 4508249 bytes)

**From: 100083201713058 Crissyy Mo Moneyy (owner)**

**You sent a GIF.**

**Attachments:**



Title: gif-534204751850494 (534204751850494)
Size: 2119138
File name: linked_media/unified_message_534204751850494.gif
Path: https://interncache-ftw.fbsbx.com/v/t59.2708-21/312529852_534204765183826_8497351667399270537_n.gif?cc
7&_nc_sid=041f46&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaV
vbWVzc2FnZV9hbmltYXRlZF9pbWFnZSJ9&_nc_ht=interncache-ftw.fbsbx.com&oh=03_AdTrda13DOJc-sPr90A6ON7Js1i2pBOpiDtqNSsXo8NSFg&oe=636498F4

linked_media/unified_message_534204751850494.gif

10/24/2022 6:43:

Source Info:
1274546276448145.zip/preservation-1.html : 0x0 (Size: 4508249 bytes)
1274546276448145.zip/linked_media/unified_message_5342047518504
2119138 bytes)

**From: 100083201713058 Crissyy Mo Moneyy (owner)**

**It's cute AF huh**

10/24/2022 6:43:


DEFENDANT'S EXHIBIT 3   23CR41   11-1-2024

> From: 1000071732580579 Kristy Lea Hardison
> Omg yes is it a 25? R 380
> 10/24/2022 8:07:51 PM(UTC+0)

> From: 1000083201713058 Crissyy Mo Moneyy (owner)
> 380
> 10/24/2022 8:08:49 PM(UTC+0)

> From: 1000071732580579 Kristy Lea Hardison
> Cool
> 10/24/2022 8:09:40 PM(UTC+0)

> From: 1000083201713058 Crissyy Mo Moneyy (owner)
> call. Duration 55
> 10/26/2022 5:08:48 PM(UTC+0)

> From: 1000071732580579 Kristy Lea Hardison
> Regular phone call me back on the regular phone
> 10/26/2022 5:09:01 PM(UTC+0)

> From: 1000083201713058 Crissyy Mo Moneyy (owner)
> Wyd I love you and miss you
> 10/27/2022 7:39:55 PM(UTC+0)

> From: 1000071732580579 Kristy Lea Hardison
> Just got off work love &iss u 2 wyd
> 10/27/2022 7:54:28 PM(UTC+0)